# BRIAN S. THOMAS, LLC
**ATTORNEY AT LAW**

327 CENTRAL AVENUE
CENTRAL PROFESSIONAL PLAZA – SUITE 103
LINWOOD, NJ 08221
(609) 601-6066 · FAX: (609) 601-6061 · Email: law4sure@aol.com

| | |
|---|---|
| 18 NORTH MAIN STREET<br>CAPE MAY COURT HOUSE, NJ 08210<br>(609) 463-4800 | 157 NORTH MAIN STREET<br>MANAHAWKIN, NJ 08050<br>(609) 978-4800 |

March 02, 2007

**Via Electronic Filing**
Honorable Judith H. Wizmur, JBC
United States Bankruptcy Court
United States Post Office
and Court House Building
PO Box 2067
Camden, New Jersey 08101

        RE:   Bankruptcy of Quinn-Woodbine
              Our File No. N24785(A)-BT
              Case No. 01-12998/JHW

Dear Judge Wizmur:

    The above-captioned matter is scheduled for a Status Conference for March 05, 2007. My Trustee's Distribution Report has been forwarded to the Office of the United States Trustee for review.

    Your Honor's attention to this matter is sincerely appreciated.

                               Respectfully yours,

                               Brian S. Thomas

BST:kl