UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KELLY BEAUDIN STAPLETON
UNITED STATES TRUSTEE, REGION 3
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

In re:

                                      Chapter 7

Quinn-Woodbine, Inc.                    Case No. 01-12998 (JHW)

Debtor(s)

_____

STATEMENT OF REVIEW BY THE UNITED STATES TRUSTEE

     The United States Trustee has reviewed the Final Account (TDR), Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999, and has no objection to the trustee's certification that the estate has been fully administered and is ready to close. The United States Trustee is not a guarantor or insurer of the work performed by the case trustee.

                                                        KELLY BEAUDIN STAPLETON
                                                        UNITED STATES TRUSTEE
                                                        REGION 3

                                                        By: /s/ Michele Dooley
                                                            Michele Dooley
                                                            Paralegal Specialist

Dated: March 19, 2007

cc: Brian Thomas, Trustee