UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              :
                                                    :
QUINN-WOODBINE, INC.                                :
                                                    :
                                                    :
         Debtor(s)                                  :    Case No. 01-12998-JHW

### TRUSTEE'S CERTIFICATION OF COMPLETION OF ESTATE ADMINISTRATION AND APPLICATION FOR DISCHARGE

The undersigned trustee (the "Trustee") certifies as follows in connection with the administration of the bankruptcy estate in the above referenced case (the "Estate"):

a.  All money of the Estate has been distributed to creditors in accordance with the Order of Distribution previously entered in this case;

b.  Any unclaimed funds and small dividends have been fully administered pursuant to §347 of the Bankruptcy Code;

c.  Statements for all Estate deposit or investment accounts are attached hereto and indicate zero balances;

d.  All original cancelled checks relating to all distributions of Estate money are attached hereto; and

e.  The Estate has been fully and properly administered, and the Trustee has performed all duties of a trustee in connection with the administration of the Estate pursuant to §704 of the Bankruptcy Code.

WHEREFORE, the Trustee requests that he be discharged and that the above referenced case be closed.

Respectfully Submitted,

_____
BRIAN S. THOMAS, Trustee

DATED: January 2, 2007