UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

QUINN-WOODBINE, INC.

Debtor(s) : Case No. 01-12998-JHW

## REPORT FOR BANKRUPTCY JUDGES IN CASES TO BE CLOSED

DATE PETITION FILED: 03/26/01           CURRENT CHAPTER: 7

$480,518.95   Gross Cash Receipts            $480,518.95   Gross Disbursements

A. FEES AND EXPENSES:
| | |
|---|---:|
| Trustee's Statutory Compensation | $27,275.95 |
| Fee for Attorney for Trustee | $21,852.50 |
| Fee for Accountant | $8,930.00 |
| Fee for Special Counsel | $18,067.50 |
| Fee for Mediator | $375.00 |
| Fee for Attorney for Debtor | $0.00 |
| Fee for Attorney for Creditors' Committee | $0.00 |
| Expenses Awarded to Professionals (Itemize on Schedule A) | $1,760.81 |
| Other (Itemize on Schedule A) | $273.75 |

B. DISTRIBUTIONS:
| | | | |
|---:|---|---:|---|
| $246,666.66 | Secured Creditors | $0.00 | Equity Security Holders |
| $4,387.50 | Priority Creditors | | |
| $2,650.16 | Wage Claims | $0.00 | Debtor(s) |
| $148,279.12 | Others (Itemize on Schedule B) | | |

TOTAL DISBURSEMENTS (sum of A and B):                             $480,518.95

## SCHEDULE A

FEES PAID TO OTHER PROFESSIONALS:
    $0.00   SUBTOTAL

EXPENSES AWARDED TO PROFESSIONALS:
    $1,392.05   BRIAN S. THOMAS, Trustee
    $368.76   NONA L. OSTROVE, Special Counsel
    $1,760.81   SUBTOTAL

DISTRIBUTION (Others Expenses):
    $273.75   COURT REPORTER
    $273.75   SUBTOTAL

## SCHEDULE B

DISTRIBUTION (Others):

|  |  |
|---|---|
| $487.76 | INTERNATIONAL SURETIES, Other Expense |
| $4,500.00 | OFFICE OF THE UNITED STATES TRUSTEE, Other Expense |
| $5,228.31 | MICHAEL QUINN, Other Expense |
| $30,369.46 | STATE OF NEW JERSEY CAPE MAY COUNTY PROBATION, Other Expense |
| $50,648.68 | PAYROLL/PENSION, Other Expense |
| $57,044.91 | MISCELLANEOUS OPERATING EXPENSE, Other Expense |
| $148,279.12 | SUBTOTAL |

I CERTIFY UNDER penalty of perjury that the information provided on this form is true and correct to the best of my knowledge, information, and belief.

DATE:    January 2, 2007

BRIAN S. THOMAS, Trustee